**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KENNETH CONLIN

    Plaintiff,

-vs-                                    CASE NO. 1:16-cv-01140
                                          HON. ROBERT J. JONKER

VILLAGE OF CENTREVILLE,
and LUKE J. DELCOURT,
in his individual and official capacity,

    Defendants.

| CHRISTOPHER TRAINOR & ASSOCIATES<br>CHRISTOPHER J. TRAINOR (P42449)<br>AMY J. DEROUIN (P70514)<br>Attorneys for Plaintiff<br>9750 Highland Road<br>White Lake, MI  48386<br>(248) 886-8650 / (248) 698-3321-fax<br>Amy.derouin@cjtrainor.com | PLUNKETT COONEY<br>ROBERT A. CALLAHAN (P47600)<br>Attorney for Defendants<br>950 Trade Centre Way, Ste. 310<br>Kalamazoo, MI 49002<br>269-226-8851<br>269-382-2506-fax<br>rcallahan@plunkettcooney.com |
|---|---|

## PLAINTIFF'S PROPOSED STATEMENT OF THE CASE AND ELEMENTS

### Statement of the Case

      This case arises out of an incident occurring on September 19, 2014, between Plaintiff Conlin and Defendant DelCourt.  At the time of the incident, Defendant DelCourt was the chief of police and policymaker for Defendant Village of Centreville. Plaintiff Conlin claims that Defendant DelCourt used excessive or unreasonable force against him while he was handcuffed during the course of his arrest.  This violated his civil rights under the Fourth Amendment to the United States Constitution, which prohibits the use of excessive or unreasonable force during an arrest.  In addition, Plaintiff Conlin alleges that Defendant Village of Centreville is liable for Defendant

1

DelCourt's constitutional violations against Plaintiff Conlin because he was a policymaker for the Village of Centreville. Plaintiff Conlin also claims that Defendant Village of Centreville is liable because it engaged in constitutional violations with respect to customs, practices and/or policies relating to the failure to adequately train and/or supervise its officers regarding the appropriate use of force. Plaintiff Conlin claims that he suffered injuries and damages as a result of Defendants' actions and/or inactions. Defendant DelCourt denies that any force used was excessive or unreasonable. Defendant Village of Centreville also denies Plaintiff Conlin's claims.

**<u>Elements</u>**

**A.    Fourth Amendment Excessive Force**

The factors to be considered in determining whether the use of force employed by Defendant DelCourt against Plaintiff Conlin was excessive or unreasonable are as follows:

1. Defendant DelCourt acted under color of state law (this element has been met);
2. Defendant DelCourt deprived Plaintiff Conlin of his Fourth Amendment right to be free from the use of excessive or unreasonable force; and
3. As a proximate result, Plaintiff suffered injuries and damages.

B.     *Monell* **Claims Against Defendant Village of Centreville:**

The factors to consider in considering whether to attribute liability to Defendant Village of Centreville:

1. Whether the actions of Defendant DelCourt, as the chief of police and policymaker, against Plaintiff Conlin deprived Plaintiff Conlin of his Fourth Amendment rights; or

2. Whether Defendant Village of Centreville had a custom or policy or practice of failing to train or supervise its police officers; and

3. Was the failure to train, supervise, and/or the fact that Defendant DelCourt was the policymaker for Defendant Village of Centreville a moving force behind Defendant DelCourt's unconstitutional acts against Plaintiff Conlin.

>Respectfully Submitted,
>CHRISTOPHER TRAINOR & ASSOCIATES
>
>**s/ Amy J. DeRouin**
>CHRISTOPHER J. TRAINOR (P42449)
>AMY J. DEROUIN (P70514)
>Attorneys for Plaintiff
>9750 Highland Road
>White Lake, MI  48386
>(248) 886-8650
>amy.derouin@cjtrainor.com

Dated:  February 13, 2018
CJT/ajd

**CERTIFICATE OF SERVICE**
I hereby certify that on February 13, 2018, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: ***Robert A. Callahan, Esq.*** and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: ***None***.
s/ Amy J. DeRouin (P70514)
9750 Highland Road
White Lake, MI 48386
Phone: (248) 886-8650
amy.derouin@cjtrainor.com