UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH CONLIN,

    Plaintiff,

CASE NO. 1:16-CV-1140

v.

HON. ROBERT J. JONKER

VILLAGE OF CENTREVILLE, et al.,

    Defendants.

_____/

**ORDER**

This matter is set for jury trial on Tuesday, January 29, 2019.  In light of the continuing partial government shutdown, however, the Court is cancelling the trial date at this time so the Court can focus on required planning for an anticipated lapse in Judiciary funding, and on ensuring all necessary work can continue on excepted (formerly known as essential) work functions; and so that the parties to this case have time to plan their January schedules accordingly.

Even though continued processing of civil cases generally qualifies as excepted work, the Court concludes that there are higher priority matters that require more pressing attention at this time.  Letting the parties know sooner, rather than later, gives everyone maximum time to re-schedule other matters.  The Court will re-schedule the trial, and any additional necessary pre-trial matters (since it has been a while since the final pretrial conference) as soon as practicable.

Date:   January 15, 2019                  /s/ Robert J. Jonker
                                                   ROBERT J. JONKER
                                                   CHIEF UNITED STATES DISTRICT JUDGE